**Order entered April 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00206-CV**

**EAGLE REMODEL LLC, Appellant**

**V.**

**CAPITAL ONE FINANCIAL CORPORATION D/B/A**
**CAPITAL ONE BANK, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-02277**

**ORDER**

On April 21, 2022, counsel for appellant filed a letter informing the Court that the reporter's record is incomplete because only the record from one of five requested hearings has been filed. Accordingly, we **ORDER** Gina Udall, as former Official Court Reporter for the 160th Judicial District Court and Brooke Wagner, as current Official Court Reporter for the 160th Judicial District Court, to ensure that the records from the hearings conducted on (1) January 27, 2021, (2) June 4, 2021, (3) July 21, 2021, and (4) December 2, 2021 be filed **on or before**

**MAY 6, 2022**.[1]  Appellant's brief on the merits will be due within thirty days after the reporter's record is complete.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Wagner; Ms. Udall; Tenesa Shaw, Official Court Reporter for the 192nd Judicial District Court; and, all parties.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE

---

[1] In the April 21 letter, counsel for appellant states the June 4, July 21, and December 2 hearings were recorded by Ms. Udall and the January 27 hearing was recorded by Ms. Tenesa Shaw.  Counsel also states that the three hearings recorded by Ms. Udall have been prepared.